IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANCISCO MENDOZA ESCOBAR,

     Petitioner,

v.                                                                      No. 1:26-cv-00139-KG-KRS

KRISTI NOEM, et al.,

     Respondents.

ORDER TO SHOW CAUSE

Petitioner Francisco Mendoza Escobar filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on January 23, 2026.  Doc. 1.  On February 13, 2026, the Court granted the petition, Doc. 1, ordering Respondents to file a status report within ten days confirming that they had provided a bond hearing or that Mr. Mendoza Escobar remained at liberty.[1]  Doc. 9 at 5. That deadline has passed, and Respondents have not filed a status report.  The Court therefore orders Respondents to show cause, within three business days of this Order, why they have not complied with the Court's prior order and to confirm whether Mr. Mendoza Escobar remains at liberty or has been provided a bond hearing.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

---

[1] The Court had previously entered a Temporary Restraining Order directing the Government to release Mr. Mendoza Escobar, Doc. 5.